**STATEMENT OF FACTS**

On Wednesday, February 25, 2009, Detective Boffi (Fairfax County VA Police) was acting in an undercover capacity at a location within the District of Columbia as part of a multi-jurisdictional FBI/MPD Child Exploitation ask Force.  Detective Boffi was operating out of the Internet Crimes Against Children satellite office in Washington, D.C.  On Wednesday, February 25, 2009, Detective Boffi had assumed the online identity of an actual fourteen-year-old boy, K.C., from a prior investigation.

On Wednesday, February 25, 2009, Detective Boffi received a private message in Yahoo Instant Messenger from an individual that was on K.C.'s buddy list.  This individual was using the Yahoo email name of [thesting0581@yahoo.com](thesting0581@yahoo.com) and a display name of E Mintzer.  Detective Boffi and E. Mintzer had a private Instant message conversation that started at 7:01 pm and ended at 11:31 pm.During the course of the conversation, E. Mintzer described himself as a 27 year-old male, 6'2" tall and weighing 215 pounds, residing near Pohick Road.  Detective Boffi informed Mintzer that he was a 14 year-old boy residing in Virginia.  During the course of the conversation the defendant, Mintzer, asked the detective if he had ever "topped" a guy.  Mintzer further asked whether the officer could sneak out and "fuck" him.  Mintzer asked the detective whether he wanted to fuck with or without a condom.  During the course of the chat, Mintzer sent multiple photos to the detective of his penis via Yahoo.  Mintzer asked the officer to engage in sex with him when they met.  Mintzer made arrangements to meet the detective in Virginia on Thursday, February 26, 2009.

On Thursday, February 26, 2009, at 6:43 pm, Mintzer and the detective had another Yahoo private messenger chat.  The Mintzer made arrangements in the chat to meet the Detective Boffi at a park near an Exxon gas station in Fairfax, VA.  Mintzer was arrested near the agreed upon location by members of the FBI/MPD task force with assistance of Fairfax Police officers and transported to the District of Columbia. He subsequently waived his rights and admitted to investigators.

                                              JONATHAN K. ANDREWS, SR.
                                              Detective, Metropolitan Police Department

Sworn and subscribed to before me this           day of February 2009

                                              ALAN KAY
                                              United States Magistrate Judge